IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20755
Summary Calendar

_____


ANTHONY ROBINSON, CHAQUITHA NELSON
and CHARLOTTE HUNTER,

                              Plaintiffs-Appellants,

                    versus

UNITED STATES OF AMERICA,

                              Defendant-Appellee,

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
HENRY G. CISNEROS, Secretary,
in his capacity as Secretary
of Housing and Urban Development,

                              Defendants.

_____

Appeal from the United States District Court for
the Southern District of Texas
CA-H-93-3256 & CA-H-93-3228
_____
May 6, 1996

Before REAVLEY, SMITH and PARKER, Circuit Judges.

PER CURIAM:[*]

     Upon review of the briefs of the parties, the record, and

the district court's opinion, we AFFIRM for the reasons given by

the district court in his Order of Dismissal entered April 24,

1995.

AFFIRMED.

_____

[*]     Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.